UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM O. WELLS,

    Plaintiff,

v.

SERVI-SOLUTIONS, *et al.*,

    Defendants.

NO. C18-1824RSL

ORDER OF REFERENCE

On January 10, 2019, the Honorable Mary Alice Theiler, United States Magistrate Judge, issued a Report recommending denial of plaintiff's application to proceed *in forma pauperis* because his disclosed income and expenses indicated an ability to pay the Court's filing fee. Dkt. # 2.[1] Plaintiff subsequently amended his application to proceed *in forma pauperis*, increasing both his income and expense disclosures. Dkt. # 5. This matter is therefore referred back to Judge Theiler for evaluation of plaintiff's amended application to proceed without pre-paying fees or costs.

Dated this 22nd day of February, 2019.

    Robert S. Lasnik
    United States District Judge

---

[1] Contrary to plaintiff's supposition (Dkt. # 4 at 1), Judge Theiler did not evaluate the adequacy of plaintiff's allegations or the merits of his claims.

ORDER OF REFERENCE - 1