UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM O. WELLS,

        Plaintiff,

v.

SERVI-SOLUTIONS, et al.,

        Defendants.

CASE NO. C18-1824-RSL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff submitted a revised application to proceed *in forma pauperis* (IFP), referred to the undersigned for consideration. (*See* Dkts. 5 & 6.) Because plaintiff does not appear to have funds available to afford the $400 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's revised IFP application (Dkt. 5) is GRANTED. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 25th day of February, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING IFP
PAGE - 1