UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM O. WELLS,<br><br>        Plaintiff,<br><br>    v.<br><br>SERVI-SOLUTIONS, *et al.*,<br><br>        Defendants. | NO. C18-1824RSL<br><br>ORDER OF DISMISSAL |

On June 18, 2019, the claims asserted in the above-captioned matter were dismissed, and plaintiff was given leave to file a motion to amend the complaint. No timely motion has been filed. This matter is hereby DISMISSED without prejudice. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

Dated this 21st day of August, 2019.

        */s/ Robert S. Lasnik*
        Robert S. Lasnik
        United States District Judge

ORDER OF DISMISSAL - 1